

Jonathan S. Bodner, Esq.*
jbodner@bodnerlawpllc.com
Harry M. Gutfleish, Esq., Of Counsel*
hgutfleish@bodnerlawpllc.com
*Admitted in NY and NJ

March 24, 2021

By ECF and Email
Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007
CronanNYSDChambers@nysd.uscourts.gov

> Plaintiff's request is granted.  Plaintiff's deadline to file its motion for a default judgment is April 2, 2021.  Defendants' opposition is due on April 16, 2021, and Plaintiff's reply is due April 23, 2021.
>
> SO ORDERED
>
> Date: March 24, 2021
> New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge

Re:   Northeast Banana Corp. v. Produce Depot USA LLC, et al.
      Case No.:  21-civ-969 (JPC)

Dear Judge Cronan:

This firm is counsel to plaintiff Northeast Banana Corp. in this action.

Today, Timothy J. Fierst. Esq. of The Fierst Law Group, P.C., filed a notice of appearance on behalf of all 3 defendants in this action. *[Docket No. 36].*  We are discussing a proposed stipulation which would address the Clerk's entries of default *[Docket Nos. 27, 28 and 29]* and defendants' submission of an answer.  Therefore, plaintiff, by counsel, requests a second one-week extension of time to file a motion for default judgment which, pursuant to Your Honor's Order dated March 16, 2021 *[Docket No. 34],* is presently due this Friday, March 26, 2021.

In accordance with Rule 3.B. of Your Honor's Individual Rules And Practices In Civil Cases:  (1) the original deadline for plaintiff to file the motion was March 19, 2021 and once extended to March 26, 2021; (2) this request is made because counsel for defendants has now filed a notice of appearance in this case and we are discussing a proposed stipulation regarding the Clerk's entries of default and defendants' submission of an answer;  (3) & (4) this is a second extension request and the first extension was granted;  and (5) Mr. Fierst, copied, has confirmed no objection to this request.   This Court's prior Order of March 12, 2021 *[Docket No. 31]* provides that defendants' opposition to a motion for default judgment is due by April 6, 2021, plaintiff's reply is due by April 13, 2021, and a hearing is scheduled for April 28, 2021.

Please advise of any questions, and the Court's consideration is graciously appreciated.

Respectfully submitted,

Jonathan Bodner
For the Firm

cc:   Timothy J. Fierst, Esq., defendants' counsel
      Northeast Banana Corp.

40 Cutter Mill Road, Suite 301  |  Great Neck, New York 11021
(T) (516) 444-3923
(F) (516) 444-3924
www.bodnerlawpllc.com